# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| RIKKE CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>SHISEIDO AMERICAS CORPORATION, BARE ESCENTUALS BEAUTY, INC., RYAN STEPHENS, GABRIELLA MERVIS, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-04468 ODW (Ex)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO THE LOS ANGELES SUPERIOR COURT**<br><br>Complaint Filed: April 4, 2019<br>Trial Date: None Set<br>District Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Charles F. Eick |

# ORDER

The Court has reviewed the Parties' stipulation to vacate pre-trial dates and deadlines and remand this lawsuit to the Superior Court for the State of California, County of Los Angeles. (ECF No. 18.)

GOOD CAUSE APPEARING THEREFORE, the stipulation is hereby GRANTED. Plaintiff's Motion to Remand is Withdrawn. (ECF No. 12.) All pre-trial dates and deadlines are hereby vacated and the above-entitled lawsuit is hereby remanded to the Superior Court for the State of California, County of Los Angeles, Stanley Mosk Courthouse, 111 N. Hill Street, Los Angeles, California 90012.

IT IS SO ORDERED.

Dated: June 26, 2019  _____
HON. Otis D. Wright, II

39039152_1.docx